RICHARD B. MCGLYNN AND THE COMMITTEE TO ELECT RICH-
ARD B. MCGLYNN GOVERNOR v. NEW JERSEY PUBLIC
BROADCASTING AUTHORITY AND NEW JERSEY NIGHTLY
NEWS.

June 10, 1981.

ORDERED that the petition for rehearing of the judgment of
this Court entered May 27, 1981 is granted, limited solely to that
portion of the judgment which affirmed the decision of the
Superior Court, Appellate Division.

STATE OF NEW JERSEY v. MICHAEL WEST.

June 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW LYLE.

June 10, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. ANDREW LYLE.

June 10, 1981.

Cross-petition for certification granted.